FILED

IN THE UNITED STATES BANKRUPTCY COURT 10: 59
DISTRICT OF DELAWARE

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AUTREY J. LOCKLEAR, and ) <br> CHERYL B. LOCKLEAR ) <br> ) <br> Debtors, ) <br> ) <br> ) <br> In re AUTREY J. LOCKLEAR ) <br> ) <br> Plaintiff/Appellant ) <br> v. ) <br> ) <br> DIVISION OF REVENUE, AND ) <br> STATE OF DELAWARE, ) <br> ) <br> Defendants/Appellees ) | No. BAP-07-72 <br><br> Case No. 05-13074-PJW <br><br> Chapter 7, No-Asset <br><br> Adv. Proc. No. 06-50817 |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Appellant, Autrey J. Locklear, *pro-se*, pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, hereby designates the record and states the issues to be presented on appeal as follows:

### DESIGNATION OF RECORD

The following items are to be included in the record on appeal:

1. Original adversarial complaint for determination of discharge.
2. Answer to complaint.
3. Minutes of pre-trial conference hearing held on 12/07/06.
4. Motion for Summary Judgment filed by Defendants with attachments 1 through 11.

22
7/16/07

5. Plaintiff's Objection to Defendant's Motion for Summary Judgment with Exhibits A, B and C.

6. Plaintiff's Cross Motion for Summary Judgment

7. Defendant's Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment.

8. Memorandum Opinion of the Court made on June 27, 2007.

9. Notice of Appeal filed on July 6, 2007.

10. This Designation of Record and Statement of Issues on Appeal.

## STATEMENT OF ISSUES

The issues to be presented on appeal are:

1. Whether the trial Court erred in granting Summary Judgment against Plaintiff for failing to file returns for 1987 and 1988, where unprotested assessment for those years by the state Director of Revenue constituted a §523 (a) (1) (B) (i) "return" under Delaware law.

2. Whether trial Court erred in refusing to address the §523 (a) (1) (c) raised claim by Defendants, with Plaintiff's corresponding Fegeley argument.

Dated: July 13, 2007

_____
Autrey J. Locklear, pro-se
1510 E. Ayre Street
Newport, DE 19804
(302) 353-1018
(302) 588-7876

## CERTIFICATE OF SERVICE

I, <u>Autrey J. Locklear</u>, do hereby declare under the penalty of perjury, that I have served the parties below a copy of the attached Designation of Record and Statement of Issues on Appeal by first-class, U.S. Mails on this 13th day of July, 2007:

FILED
2007 JUL 16 AM 10: 59

Stuart B. Drowos
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Building
820 French Street
Wilmington, DE 19801

United States Bankruptcy Court    (original and copy)
District of Delaware
Office of the Clerk of the Court
3rd Floor
824 Market Street
Wilmington, DE 19801

_____
Autrey J. Locklear
28 U.S.C. Sec. 1746