IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:     Autrey J. Locklear

| | |
|---|---|
| Autrey J. Locklear, ) | |
| ) | |
| Appellant, ) | C.A. No.: 07-492-JJF |
| ) | |
| v. ) | |
| ) | |
| ) | Bankruptcy Case No.: 05-13074 |
| ) | Adversary Case No.: 06-50817 |
| State of Delaware and ) | Bankruptcy Appeal No.: 07-72 |
| Delaware Division of Revenue, ) | |
| ) | |
| Appellees. ) | |

## STIPULATED WITHDRAWAL AND DISMISSAL OF APPEAL

**WHEREAS,** Appellant Autrey J. Locklear ("Locklear"), appearing pro se, appealed the Order entered on or about June 27, 2007 by the Honorable Peter J. Walsh in Bankruptcy Case No.06-50817 granting Appellees State of Delaware and Delaware Division of Revenue's ("State") Motion for Summary Judgment; and

**WHEREAS,** subsequent to the docketing of the appeal the matter was referred to mediation; and

**WHEREAS,** the parties hereto, by and through the mediation process, successfully negotiated a mutually satisfactory resolution of the underlying matter giving rise to the appeal; and

**WHEREAS,** the parties hereto are now desirous of withdrawing and dismissing the pending appeal.

**NOW THEREFORE,** in consideration of the mutual promises and other valuable consideration provided, it is hereby stipulated and agreed by the parties hereto, subject to approval by this Honorable Court, that:

1. The above-captioned appeal is hereby voluntarily withdrawn.

2. The above-captioned appeal is dismissed with prejudice.

3. The parties hereto shall be responsible for and bear their respective costs and fees associated with the prosecution of this appeal, including but not limited to each party bearing one half (50%) of the agreed-upon mediator's fee incurred during the course of their appeal and its subsequent resolution.

4. Locklear shall pay the sum of Five Hundred ($500.00) Dollars to the State and the State shall accept said sum as full and final payment and in satisfaction of the outstanding indebtedness owed by Locklear to the State. Upon receipt, the State shall satisfy of record any and all judgments now pending on its behalf against Locklear that arose or resulted from Locklear's State tax liability as assessed for the tax years 1987 and 1988. [handwritten insertion: "including penalties and interest"]

BY: _____

Autrey J. Locklear, Pro Se
1510 E. Ayre Street
Wilmington, DE, 19804

_____

Stuart B. Drowos, (Atty. ID#427)
Deputy Attorney General
Department of Justice
Carvel State Building
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Appellees
stuart.drowos@state.de.us

Dated: Dec. 18, 2007

Dated: 12/29/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:    Autrey J. Locklear

| | | |
|---|---|---|
| Autrey J. Locklear, | ) | |
| | ) | |
| Appellant, | ) | C.A. No.: 07-492-JJF |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No.: 05-13074 |
| | ) | Adversary Case No.: 06-50817 |
| State of Delaware and | ) | Bankruptcy Appeal No.: 07-72 |
| Delaware Division of Revenue, | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

AND NOW this _____ day of _____, 200__, upon consideration of the Stipulated Withdrawal and Dismissal of Appeal in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Stipulated Withdrawal and Dismissal of Appeal is hereby **approved** and **granted,** and

**IT IS FURTHER ORDERED** that said dismissal shall be with prejudice; and

**IT IS FURTHER ORDERED** that the parties shall bear their respective costs and fees including but not limited to each party bearing one half (50%) of the total mediation fee incurred during the course of this appeal and its subsequent resolution; and

**IT IS FINALLY ORDERED** that Locklear shall pay the sum of Five Hundred ($500.00) Dollars to the State in full satisfaction of Locklear's indebtedness to the State. In consideration therefore and upon receipt of same, the State will satisfy of record all

judgments obtained in its favor and against Locklear for State tax liability assessed for 1987 and 1988.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Joseph J. Farnan, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge