IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:     Autrey J. Locklear

| | |
|---|---|
| Autrey J. Locklear, | ) |
| Appellant, | ) C.A. No.: 07-492-JJF |
| v. | ) |
| | ) Bankruptcy Case No.: 05-13074 |
| | ) Adversary Case No.: 06-50817 |
| State of Delaware and | ) Bankruptcy Appeal No.: 07-72 |
| Delaware Division of Revenue, | ) |
| Appellees. | ) |

## ORDER

AND NOW this __8__ day of __February__ 200_8_ upon consideration of the Stipulated Withdrawal and Dismissal of Appeal in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Stipulated Withdrawal and Dismissal of Appeal is hereby **approved** and **granted,** and

**IT IS FURTHER ORDERED** that said dismissal shall be with prejudice; and

**IT IS FURTHER ORDERED** that the parties shall bear their respective costs and fees including but not limited to each party bearing one half (50%) of the total mediation fee incurred during the course of this appeal and its subsequent resolution; and

**IT IS FINALLY ORDERED** that Locklear shall pay the sum of Five Hundred ($500.00) Dollars to the State in full satisfaction of Locklear's indebtedness to the State. In consideration therefore and upon receipt of same, the State will satisfy of record all

judgments obtained in its favor and against Locklear for State tax liability assessed for 1987 and 1988.

/s/ Joseph J. Farnan, Jr.
Joseph J. Farnan, Jr.
United States District Judge